UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERIAL KAREN ARDALAN,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN MCHUGH, SECRETARY OF THE ARMY; UNITED STATES REPRESENTATIVE SAM FARR; CARLTON HADDEN, DIRECTOR OF THE OFFICE OF FEDERAL OPERATIONS OF THE EEOC,<br><br>   Defendants. | Case No.: 13-CV-01138-LHK<br><br>ORDER SETTING TIME FOR LEAVE TO AMEND |

In its November 27, 2013 Order, the Court GRANTED Defendant Farr's Motion to Dismiss and Defendants McHugh and Hadden's Motion to Dismiss as follows: (1) all claims for conduct occurring prior to October 2, 2001 are dismissed with prejudice as they are barred by the doctrine of res judicata; (2) claims two, three, five, six, eight are dismissed with prejudice; (3) claims four, seven, and nine are dismissed with leave to amend; (3) claim one is dismissed with leave to amend as against Defendant McHugh and dismissed with prejudice as against Farr and Hadden. ECF No. 49. The Court hereby gives Plaintiff 30 days from the date this order, January 27, 2014, to file an amended complaint.

1

Case No.: 13-CV-01138-LHK
ORDER SETTING TIME FOR LEAVE TO AMEND

1   **IT IS SO ORDERED.**

2

3   Dated: January 27, 2014

                                              _Lucy H. Koh_____
4                                             LUCY H. KOH
                                              United States District Judge