UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERIAL KAREN ARDALAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MCHUGH,<br><br>Defendant. | Case No.  13-cv-01138-BLF<br><br>**ORDER VACATING FEBRUARY 5, 2015 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

The Court HEREBY VACATES the February 5, 2015 hearing on Defendant's motion to dismiss. The Court will render a decision on Defendant's motion, and Plaintiff's request for reconsideration of the Court's prior ruling on equitable estoppel and tolling, on the papers submitted.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge