UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FERIAL KAREN ARDALAN,

        Plaintiff,

  v.

JOHN MCHUGH, et al.,

        Defendants.

Case No.  13-cv-01138-BLF

**CASE MANAGEMENT ORDER**

On April 9, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Fact Discovery Cut-Off | 08/28/2015 |
| Designation of Opening Experts and Reports | 09/25/2015 |
| Designation of Rebuttal Experts and Reports | 11/20/2015 |
| Expert Discovery Cut-Off | 12/18/2015 |
| Last Day to Hear Dispositive Motions | 01/14/2016 at 9:00 am |
| Final Pretrial Conference | 03/03/2016 at 2:30 pm |
| Trial | 05/16/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT all parties are required to appear at all noticed
6 hearings and conferences unless otherwise ordered by the court.

8 Dated:  April 9, 2015

    _____
    BETH LABSON FREEMAN
    United States District Judge