MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (498) 535-5044
Facsimile: (408) 535-5081

Attorneys for Defendant McHugh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERIAL KAREN ARDALAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN McHUGH,<br><br>    Defendant. | No. CV13-1138 BLF<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff Ferial Karen Ardalan and Defendant John McHugh, through his attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

DATED: May 18, 2015  /s/ _____
Ferial Karen Ardalan
Plaintiff

DATED: May 21, 2015  MELINDA HAAG
United States Attorney

/s/ _____
James A. Scharf
Assistant United States Attorney
Attorney for Defendant McHugh

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C 13-01138 BLF

1